**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | |
| **BRIAN DOOLEY KENT** | : | **4:25-MC-531** |
| | : | |

**ORDER**

**JUNE 6, 2025**

**WHEREAS**, on May 23, 2025 the Supreme Court of Pennsylvania ordered that Brian Dooley Kent be suspended on consent from the Bar of this Commonwealth for a period three years, with one year to be served. The remaining suspension period is stayed, and he is place on probation for two years, subject to conditions;

**IT IS HEREBY ORDERED**, pursuant to Middle District of Pennsylvania Local Rule 83.21.2, that Brian Dooley Kent inform the Court within thirty (30) days of the date of this Order of any claim he wishes to present that the imposition of identical discipline by this Court would be unwarranted; and

**IT IS ALSO ORDERED** that the Clerk of Court forward by registered or certified mail both a copy of this Order and a copy of the May 23, 2025 Order of the Supreme Court of Pennsylvania to Brian Dooley Kent at the address he most recently registered with the Clerk.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge