OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON

JUN 20 2025

PER ____ DEPUTY CLERK

HARRISBURG PA 171
9 JUN 2025 AM 4

US POSTAGE
ZIP 18501 $
02 7W
0008028835

USMS X-RAY

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7015 0640 0007 2593 8490

Brian Dooley Kent
50 SOUTH
Philadelph

NIXIE 171 DE 1 0006/1

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 18501114848 *1619-00022-

18501>1148
19102-251699