BrotmanLaw PLLC
Ellen C. Brotman, Esq.

300 New Jersey Ave NW, Suite 300
Washington, DC 20001

834 Chestnut Street, Suite 206
Philadelphia, PA 19107

D: 484-614-8523  F: 484-930-0595
E: ebrotman@ellenbrotmanlaw.com
W: ellenbrotmanlaw.com

July 19, 2025

Honorable Matthew W. Brann
Chief Judge of the U.S. District Court
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18501-1148

Re: Brian Dooley Kent
Attorney No. 94221

Dear Judge Brann,

In Response to the Court's Order to Show Cause, Mr. Kent acknowledges that, on May 23, 2025, the Supreme Court of Pennsylvania ordered that he be suspended on consent from the Bar of the Commonwealth of Pennsylvania for a period three years, with one year to be served. The remaining suspension period is stayed, and he is placed on probation for two years, subject to conditions. Mr. Kent notified this Court of the suspension by email to the Clerk of the Court on June 25, 2025.

Mr. Kent does not oppose the imposition of reciprocal discipline by this Court. However, we request that the suspension in this Court be imposed retroactively, to begin as of June 26, 2025, the day the suspension became effective in Pennsylvania.

Thank you for the Court's attention to this matter.

Sincerely,

Ellen C. Brotman