**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| **IN RE** | : | |
| **BRIAN DOOLEY KENT** | : | **4:25-MC-531** |
| | : | |

**ORDER**

**OCTOBER 14, 2025**

**WHEREAS**, on May 23, 2025 the Supreme Court of Pennsylvania ordered that Brian Dooley Kent be suspended on consent from the practice of law for a period of three years, with one year to be served. The remaining suspension is stayed, and he is placed on probation for two years, subject to conditions identified in the Order.

**WHEREAS**, on June 6, 2025 this Court ordered Brian Dooley Kent to inform the court within thirty (30) days of any claim he wished to present that the imposition of identical discipline would be unwarranted; and

**WHEREAS**, on July 19, 2025, Ellen C. Brotman, Esquire addressed the Honorable Matthew W. Brann indicating that Mr. Kent does not oppose the imposition of reciprocal discipline;

**IT IS HEREBY ORDERED** that Brian Dooley Kent is suspended on consent from the practice of law for a period of three years, with one year to be served. Brian Dooley Kent is suspended from June 25, 2025 to June 25, 2026. The remaining suspension is stayed, and he is placed on probation for two years,

subject to conditions identified in Order issued by the Supreme Court of Pennsylvania on May 23, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge