IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>BRIAN DOOLEY KENT | : | 4:25-MC-531 |

**ORDER**

**OCTOBER 14, 2025**

**WHEREAS**, on May 23, 2025 the Supreme Court of Pennsylvania ordered that Brian Dooley Kent be suspended on consent from the practice of law for a period of three years, with one year to be served. The remaining suspension is stayed, and he is placed on probation for two years, subject to conditions identified in the Order.

**WHEREAS**, on June 6, 2025 this Court ordered Brian Dooley Kent to inform the court within thirty (30) days of any claim he wished to present that the

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

DJ

HARRISBURG PA 171
16 OCT 2025PM 4 L

FIRST-CLASS

US POSTAGE
ZIP 18501
02 7W
0008028835

FILED
SCRANTON
OCT 29 2025
PER DJ
DEPUTY CLERK

USMS - MDPA
X RAVED

Brian Dooley Kent
50 SOUTH 16TH STREET
Philadelphia, PA 19102

RECEIVED
SCRANTON
OCT 29 2025
PER CAC
DEPUTY CLERK

NIXIE 171 SE 1 2210/27

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 18501114848 *1619-00374-1

18501>1146
19102-251699